```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/21/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

<u>IN RE BERNARD L. MADOFF
INVESTMENT SECURITIES LLC</u>

IRVING H. PICARD,

                Plaintiff,

-against-

ANDREW M. GOODMAN,

                Defendant.

1:20-cv-04767-MKV

<u>ORDER</u>

MARY KAY VYSKOCIL, United States District Judge:

      On June 22, 2020, Defendant Andrew M. Goodman filed a Motion to Withdraw the Bankruptcy Reference [ECF No. 1]. To date, no opposition has been filed. Accordingly, IT IS HEREBY ORDERED that any opposition to Defendant's Motion to Withdraw the Reference must be filed on or before November 11, 2020.

**SO ORDERED.**

Date: **October 21, 2020**
       **New York, NY**

_____
**MARY KAY VYSKOCIL
United States District Judge**