USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/19/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

<u>IN RE BERNARD L. MADOFF</u>
<u>INVESTMENT SECURITIES LLC,</u>

IRVING H. PICARD,

                  Plaintiff,

-against-

ANDREW M. GOODMAN,

                  Defendant.

1:20-cv-04767-MKV

**<u>ORDER</u>**

MARY KAY VYSKOCIL, United States District Judge:

    On or before August 25, 2023, the parties are HEREBY DIRECTED to file a report on the status of the adversary proceeding, including whether a motion for summary judgment was filed by the Trustee, whether such motion is still contemplated, whether the parties are engaging in mediation, and whether there have been any other developments other than the reassignment of the case to Judge Morris.

**SO ORDERED.**

**Date: August 19, 2023**
**New York, NY**

                                          **MARY KAY VYSKOCIL**
                                          **United States District Judge**