UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X
SECURITIES INVESTOR PROTECTION
CORPORATION,

                Plaintiff-Applicant,

    -against-

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

              Defendant,

-----------------------------------------------------------X        20 **CIVIL** 4767 (MKV)

In re:

BERNARD L. MADOFF,                          **JUDGMENT**

              Debtor.
-----------------------------------------------------------X
IRVING H. PICARD, Trustee for the
Substantively Consolidated SIPA Liquidation of
Bernard L. Madoff Investment Securities LLC
and Bernard L. Madoff,

              Plaintiff,

    -against-


ANDREW W. GOODMAN,

             Defendant.
-----------------------------------------------------------X

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 18, 2023, Defendant's Motion to Withdraw the Bankruptcy Reference is DENIED without prejudice to renewal when the case is trial ready. The bankruptcy court shall issue an opinion on the Trustee's anticipated motion for summary judgment. Should the bankruptcy court conclude that summary judgment is proper, this

Court shall review de novo a report and recommendation. After that review, if appropriate, the Court will enter final judgment. Otherwise, Defendant shall renew his Motion to Withdraw the Bankruptcy Reference and this case will proceed to trial; accordingly, the case is closed.

**Dated:**  New York, New York
September 19, 2023

**RUBY J. KRAJICK**

**Clerk of Court**

**BY:** *[signature]*

**Deputy Clerk**